UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUTY SAMUEL JONES, et al.,<br>　　　　Defendants. | Case No. 23-cv-00510 BLF (PR)<br><br>**ORDER DENYING MOTION AS UNNECESSARY; DENYING REQUEST FOR COPIES**<br><br><br>(Docket Nos. 37, 38) |

　　　　Plaintiff, who appears to be a pretrial detainee currently confined at the West County Detention Facility, filed a civil rights complaint under 42 U.S.C. § 1983 against officers of the Contra Costa County Sheriff's Department. Dkt. No. 1. The Court found the complaint stated cognizable claims and ordered service on Defendants who were directed to file a dispositive motion. Dkt. No. 27. The Court granted Defendants' motion to continue the deadline until December 1, 2023. Dkt. No. 36.

　　　　Plaintiff has filed a "declaration and motion to continue deadline of Defendants' requests [and] responses for Interrogatories and requests for Admissions." Dkt. No. 38. The motion is **DENIED** as unnecessary. Plaintiff must correspond directly with Defendants regarding discovery requests rather than file motions with the Court.

　　　　The Court has also received Plaintiff's requests for copies of subpoenas and for

service.  Dkt. No. 37.  Plaintiff is advised that he should first seek to obtain discovery from Defendants before he seeks to subpoena non-parties.  Accordingly, the request is **DENIED** without prejudice.

Defendants are directed to respond directly to Plaintiff regarding his request for an extension of time to respond to their discovery requests as well as Plaintiff's discovery requests included in the subpoenas mentioned above.  See Dkt. No. 37.

This order terminates Docket Nos. 37 and 38.

**IT IS SO ORDERED.**

Dated:  ___September 29, 2023_____

                                                            _____
                                                            BETH LABSON FREEMAN
                                                            United States District Judge

Order Denying Motion as Unnecessary; Denying Req. for Copies
PRO-SE\BLF\CR.23\00510Oxley_deny-mot

2