1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    SAMUEL RUSS OXLEY,                          Case No. 23-cv-00510 BLF (PR)
                Plaintiff,

12                                                **ORDER GRANTING
                                                  DEFENDANTS' SECOND MOTION
13        v.                                      TO CONTINUE SUMMARY
                                                  JUDGMENT DEADLINE**
14

15    DEPUTY SAMUEL JONES, et al.,
                Defendants.

16                                                (Docket No. 44)

17

18        Plaintiff, who appears to be a pretrial detainee currently confined at the West

19    County Detention Facility, filed a civil rights complaint under 42 U.S.C. § 1983 against

20    officers of the Contra Costa County Sheriff's Department.  Dkt. No. 1.  The Court found

21    the complaint stated cognizable claims and ordered service on Defendants who were

22    directed to file a dispositive motion by September 27, 2023.  Dkt. No. 27.  Thereafter, the

23    Court granted Defendants' first motion to continue their summary judgment motion

24    deadline until December 1, 2023.  Dkt. No. 36.

25        On November 21, 2023, Defendants filed a second motion to continue the deadline

26    to provide Plaintiff with more time to respond to their written discovery and for them to

27    review his responses before filing their summary judgment motion.  Dkt. No. 44 at 2.

28    Good cause appearing, the motion is **GRANTED**.  Defendants shall file a motion for

United States District Court
Northern District of California

summary judgment or other dispositive motion **no later than March 1, 2024**.  Briefing

shall proceed thereafter in accordance with the Court's briefing schedule.  *See* Dkt. No. 27.

This order terminates Docket No. 44.

**IT IS SO ORDERED.**

Dated:  ___November 28, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Granting 2nd Mot. to Cont. MSJ
PRO-SE\BLF\CR.23\00510Oxley_eot2-MSJ

United States District Court
Northern District of California