UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SAMUEL JONES, et al.,<br><br>    Defendants. | Case No. 23-cv-00510 BLF (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY; GRANTING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**<br><br>(Docket No. 50) |

Plaintiff, who appeared to be a pretrial detainee at the time he initiated this action, filed a civil rights complaint under 42 U.S.C. § 1983 against officers of the Contra Costa County Sheriff's Department. Dkt. No. 1. In the last court order, the Court granted Defendants a second extension of time to file their summary judgment motion by March 1, 2024. Dkt. No. 45.

Plaintiff has filed a motion for an extension of time regarding a February 1, 2024 deadline because of his recent transfer to another prison and a state wide lockdown with no access to the law library. Dkt. No. 50. According to Defendants' response to this motion, that deadline is for a response to their written discovery requests. Dkt. No. 51. Defendants do not oppose Plaintiff's motion, but request that the Court continue their summary judgment deadline to a date at least 30 days after the new due date for discovery responses.

Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff shall respond to Defendants' discovery requests by **February 29, 2024.**

Defendants shall file a motion for summary judgment or other dispositive motion **no later than April 1, 2024**. Briefing shall proceed thereafter in accordance with the Court's briefing schedule. *See* Dkt. No. 27.

This order terminates Docket No. 50.

**IT IS SO ORDERED.**

Dated: ___February 7, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Pl's EOT for Disc; Granting EOT to file MSJ
PRO-SE\BLF\CR.23\00510Oxley_eot-disc&eot3-MSJ

2