UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY SAMUEL JONES, et al.,<br><br>Defendants. | Case No. 23-cv-00510 BLF (PR)<br><br>**ORDER DENYING DISCOVERY MOTION AS UNNECESSARY**<br><br><br>(Docket No. 63) |

Plaintiff, who appears to be a pretrial detainee currently confined at the West County Detention Facility, filed a civil rights complaint under 42 U.S.C. § 1983 against officers of the Contra Costa County Sheriff's Department. Dkt. No. 1. Defendants filed a motion for summary judgment on April 1, 2024. Dkt. No. 55. In the last court order, Plaintiff was granted an extension of time until June 24, 2024, to file an opposition. Dkt. No. 61.

Plaintiff has filed a motion for Defendants to produce discovery. Dkt. No. 63. As Plaintiff has previously been advised, such motions are unnecessary as he must correspond directly with Defendants regarding discovery requests rather than file motions with the Court. Dkt. No. 40. Accordingly, this recent motion is **DENIED** as unnecessary.

This order terminates Docket No. 63.

**IT IS SO ORDERED.**

Dated: _June 20, 2024_____

                                                                    _____
                                                                    BETH LABSON FREEMAN
                                                                    United States District Judge