UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SAMUEL JONES, et al.,<br><br>    Defendants. | Case No. 23-cv-00510 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants Samuel Jones, Daniel Husted, Zachary Williams, and Andreas Gianopoulos.

**IT IS SO ORDERED.**

Dated: _January 31, 2025____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\00510Oxley_judgment